**REYNOLDS CORPORATION, a corporation, appellant, v. David A. MORSE, John W. Gibson, William R. McComb, et al., appellees.**

No. 10093.

United States Court of Appeals
District of Columbia Circuit.

Argued March 15, 1949.
Decided April 20, 1949.

Mr. Robert P. Patterson, of New York City, with whom Mr. Walter L. Rice, of Richmond, Va., was on the brief for appellant.

Miss Bessie Margolin, Asst. Sol., U. S. Dept. of Labor, of Washington, D. C., with whom Mr. George Morris Fay, U. S. Atty. and Mr. William A. Lowe, Atty., U. S. Dept. of Labor, both of Washington, D. C., were on the brief, for appellees.

Before EDGERTON, CLARK and PROCTOR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion of Chief Judge Laws. Reynolds Corporation v. Morse et al., 81 F.Supp. 137.